IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HANES COMPANIES, INC., )
)
      Plaintiff, )
)
v. ) 1:09-CV-918
)
GALVIN BROS., INC., )
)
      Defendant. )

**ORDER**

The Recommendation of the United States Magistrate Judge (Doc. 27) was filed in accordance with 28 U.S.C. § 636(b) and, on February 15, 2013, was served on the parties. No objections were filed within the time limits prescribed by § 636. After review, the Court adopts the Magistrate Judge's Recommendation.

For the reasons stated by the Magistrate Judge, it is **ORDERED** that the Motion to Dismiss filed by the Defendant (Doc. 10) is **DENIED.**

This the 11th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE